JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Agnes Akintoye
_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Paul Novak, Regional Director
U.S Citizenship & Immigration
Services
_____

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 27 2008

08 CIV 5573

REQUEST TO PROCEED
IN FORMA PAUPERIS

DOC # 1

I, __AGNES AKINTOYE__, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __Unemployed__

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   7/01/2005 — 4/25/2007      $850.00/month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   From my aunt: Total $350.00

   a) Are you receiving any public benefits?      ☒ No.      ☐ Yes, $ ____
   b) Do you receive any income from any other source?  ☒ No.      ☐ Yes, $ ____

Rev 05 2007                                     1

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    ☐ No.     ☒ Yes, $ 50.00

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.     ☐ Yes, $ _____

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    ☒ No     ☐ Yes, _____

7.  List the person(s) that you pay money to support and the amount you pay each month.

    None

8.  State any special financial circumstances which the Court should consider

    I am a single mother. I have a four month old baby and because of the condition of my health, I have been out of work for more than 1 year.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12th day of June, 2008
          date        month      year

Agnes Akuntoyi
Signature

[U.S. DISTRICT COURT FILED JUN 25 2008 S.D. OF N.Y.]

**SO ORDERED:**

6/13/08

U.S.D.J.