UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AGNES AKINTOYE,

                Plaintiff,                    **ECF CASE**

     v.

                                              08 Civ. 5573 (GBD)

PAUL NOVAK, Regional Director USCIS,

                Defendant.                 <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         July 14, 2008

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                               By:    /s/_____
                                              F. JAMES LOPREST, JR.
                                              Special Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2728
                                              Facsimile: (212) 637-2786
                                              Email: james.loprest@usdoj.gov

TO:    Ade Oluwasusi, Esq.
          594 Grand Concourse, 3rd Floor
          Bronx, NY 10451